UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| ROGER DUNHAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Case No. 1:12cv21 SNLJ(LMB) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM and ORDER

This matter is before the Court on plaintiff's motion for attorney's fees (#18). Defendant has not filed a response.

This Court ordered (#17) that the report and recommendation of U.S. Magistrate Judge Lewis M. Blanton (#16), filed January 11, 2013, be sustained, adopted and incorporated in the order of January 31, 2013.  Plaintiff now comes pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412 and requests that this Court award him attorney's fees in the amount of $2,491.40 to be paid to plaintiff's attorney, Anthony W. Bartels, for 11.90 hours of attorney work and 4.5 hours of paralegal work on this case.  The defendant has not objected to payment of the award under the EAJA directly to plaintiff's counsel.  This Court finds that there are no circumstances in this case that would make an award under the EAJA unwarranted.

Accordingly,

**IT IS HEREBY ORDERED** that defendant pay fees and expenses in the amount of $2,491.40, paid directly to plaintiff's attorney, Anthony W. Bartels.

Dated this   10th   day of April, 2013.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE